Judgment in a Civil Case

United States District Court
WESTERN DISTRICT OF NEW YORK

CARL KETTLE, et al.,

    v.

NEW YORK STATE THRUWAY
AUTHORITY, CONDUENT STATE &
LOCAL SOLUTIONS, INC. and
LINEBARGER GOGGAN BLAIR &
SAMPSON, LLP,

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 19-cv-504

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that NYSTA's Motion to Dismiss is Granted and

that Conduent's Motion to Dismiss, joined by Linebarger, is Granted.

Date: June 3, 2020

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/Suzanne Grunzweig
    Deputy Clerk